

# NUMBER 13-17-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AMY O'BRIEN GLENN,**                                                    **Appellant,**

**v.**

**VINCENT L. FREEMAN JR.,**                                              **Appellee.**

---

### On appeal from the 105th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION
### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Benavides

This case is before the Court on a joint motion to dismiss appeal and accelerate mandate. According to the motion, the parties have reached an agreement to settle and compromise their differences. Previously, on September 12, 2017, appellant filed a Notice of Bankruptcy, and on September 13, 2017 this Court ordered the matter abated. The parties now ask the Court to dismiss the appeal. The parties also ask that mandate

issue concurrently with our opinion and judgment. Rule of Appellate Procedure 18.1(c) authorizes the early issuance of mandate on a motion of the parties. Tex. R. App. P. 18.1(c).

The court REINSTATES the appeal and grants the joint motion to dismiss, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

The parties' joint motion to issue mandate is also granted. We direct the Clerk of the Court to issue the mandate immediately. Any pending motions are dismissed as moot.

GINA M. BENAVIDES,
Justice

Delivered and filed the
23rd day of April, 2020.